**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

In re:

    TERRY WAYNE SLAGLE
    BRENDA SUE SLAGLE
        Debtor(s)

Case No. 11-50461

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Herbert L. Beskin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/01/2011.

2) The plan was confirmed on 10/07/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 02/16/2016.

6) Number of months from filing to last payment: 59.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $12,591.33.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $17,809.94 |
| Less amount refunded to debtor | $4,309.94 |

**NET RECEIPTS:** $13,500.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,309.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $835.76 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,144.76

Attorney fees paid and disclosed by debtor:    $391.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALL AMERICAN AMBULANCE | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN RADIOLOGY | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| ANIMAL CLINIC OF ROCKBRIDGE | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| AOL | Unsecured | 47.96 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 567.00 | 567.00 | 74.38 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 25.83 | 25.83 | 3.39 | 0.00 |
| AUGUSTA HEALTH CARE | Unsecured | 12,000.00 | 12,184.68 | 12,184.68 | 1,598.31 | 0.00 |
| AUGUSTA HEALTH CARE | Unsecured | 25,000.00 | NA | NA | 0.00 | 0.00 |
| BLUE RIDGE DERMATOLOGY | Unsecured | 417.43 | NA | NA | 0.00 | 0.00 |
| BLUE RIDGE RADIOLOGIST | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| BUENA VISTA MEDICAL ASSOCIATE | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N. A. | Unsecured | 1,400.00 | 1,394.53 | 1,394.53 | 182.93 | 0.00 |
| CARILION CLINIC | Unsecured | 13,298.66 | NA | NA | 0.00 | 0.00 |
| CARILION CLINIC | Unsecured | 3,291.00 | NA | NA | 0.00 | 0.00 |
| CARILION CONSOLIDATED LABORA | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| CARILION DEBT RECOVERY | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| CARILION HEALTHCARE CORP | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| CIVISTA MEDICAL CENTER | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| COSMETIQUE | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORPORATIO | Unsecured | 7,000.00 | 6,234.85 | 6,234.85 | 817.85 | 0.00 |
| DOUBLEDAY BOOK | Unsecured | 184.79 | NA | NA | 0.00 | 0.00 |
| DR. RONALD DOWNEY | Unsecured | 616.73 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICINE ASSOCIATE | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| FASHION BUG | Unsecured | 492.34 | NA | NA | 0.00 | 0.00 |
| FHA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL SOLUTIONS, IN( | Unsecured | 2,000.00 | 2,009.31 | 2,009.31 | 263.57 | 0.00 |
| GENESIS FINANCIAL SOLUTIONS, IN( | Unsecured | NA | 1,413.02 | 1,413.02 | 185.36 | 0.00 |
| HARLEY DAVIDSON CREDIT | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| LAB CORPORATION OF AMERICA H( | Unsecured | 25.83 | NA | NA | 0.00 | 0.00 |
| LEXINGTON VA EMERGENCY PHYSI | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| LEXINGTON VIRGINIA EMERGENCY | Unsecured | 221.22 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MURRAY E. JOINER | Unsecured | 325.00 | 324.20 | 324.20 | 42.53 | 0.00 |
| ORTHOPEDIC ASSOCIATES, LTD. | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| PHYSICAL MEDICINE REHAB ASSOC | Unsecured | 324.20 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 9,000.00 | 14,595.68 | 14,595.68 | 1,914.56 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 5,070.11 | 0.00 | 4,944.37 | 648.57 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 333.10 | 333.10 | 43.70 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Secured | 2,602.35 | 8,144.37 | 2,602.35 | 2,602.35 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Secured | 816.00 | 0.00 | 816.00 | 816.00 | 0.00 |
| REIMAN PUBLICATIONS | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| ROANOKE MEMORIAL HOSPITAL | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| ROCKBRIDGE AREA COMMUNITY SI | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| ROCKBRIDGE SURGICAL CLINIC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ROCKINGHAM MEMORIAL HOSPITA | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| SCHEWEL FURNITURE | Secured | 90.00 | 0.00 | 52.73 | 52.73 | 0.00 |
| SCHEWEL'S FURNITURE | Secured | 15.00 | NA | NA | 0.00 | 0.00 |
| SCHEWEL'S FURNITURE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| UVA HEALTH SERVICES | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON HOSPITAL | Unsecured | 8,454.48 | 8,454.48 | 8,454.48 | 1,109.01 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $3,418.35 | $3,418.35 | $0.00 |
| All Other Secured | $52.73 | $52.73 | $0.00 |
| **TOTAL SECURED:** | **$3,471.08** | **$3,471.08** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$52,481.05** | **$6,884.16** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,144.76 |
| Disbursements to Creditors | $10,355.24 |
| **TOTAL DISBURSEMENTS:** | **$13,500.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/18/2016                                By: /s/ Herbert L. Beskin
                                                                                       Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**